AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>WILDE JEAN-LOUIS a/k/a<br>Todd Terrell BLANDING<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 12-8477-WM |

FILED by _____ D.C.
DEC 0 5 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Jan 3, 2006 and May 9-23, 2011__ in the county of __Palm Beach and elsewhere__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 911<br>18 U.S.C. 1028 (a)(4)<br>18 U.S.C. 1028A<br>18 U.S.C. 1542 | Falsely and willfully represents himself to be a citizen of the U.S.; knowingly possessed an identification document, other than lawfully issued for the use of the possessor, with the intent to defraud the U.S.; during and in relation to an enumerated felony in section (c), violations of section 911 and 1028 (a)(4), knowingly possess and uses without lawful authority, a means of identification of another person; willfully and knowingly makes a false statement in a application for passport with the intent ti induce or secure the issuance of a passport by the U.S. either for his use or for use of another contrary to the laws and rules regulating the issuance of the passport. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven Powell. Special Agent, Diplomatic Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___12/05/2012___

_____
*Judge's signature*

City and state: ___West Palm Beach, Florida___   William Matthewman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
## STEVEN T. POWELL
## SPECIAL AGENT
## DEPARTMENT OF STATE
## DIPLOMATIC SECURITY SERVICE

I, Steven T. Powell, being duly sworn, depose and state as follows:

1. I am a Special Agent with the U.S. Department of State's Diplomatic Security Service. I have been in this position since approximately August of 2010. Previously I was a Deputy Sheriff with the Maricopa County, Arizona Sheriff's Office from August 2006 through August 2010. I am a graduate of the Department of State's Basic Special Agent Course and the Department of Homeland Security's Criminal Investigator Training Program. As a special agent for the Department of State, Diplomatic Security Service my responsibilities include the investigation of a number of offenses, including passport fraud.

2. The information contained in this affidavit is based on my personal participation in this investigation, information provided to me by other law enforcement agents, as well as witness statements from representatives from a number of governmental agencies. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint for Wilde JEAN-LOUIS, a/k/a "Todd Terrell BLANDING", I have not set forth every fact known to me regarding this investigation. Rather, I have set forth only the facts I believe are necessary to establish probable cause for the arrest of Wilde JEAN-LOUIS, a/k/a "Todd Terrell Blanding", for the offense of False Statement in Application and Use of a United States Passport, in violation of Title 18, United States Code, Section 1542; Title 18 U.S. Code, Section 911, False claim to U.S. Citizenship; Title 18, U.S. Code, Section 1028, Identity theft; and Title 18, U.S. Code, Section 1028A, Aggravated identity theft.

## FACTS IN SUPPORT OF PROBABLE CAUSE

3. On or about January 03, 2006, at the Palm Beach County Courthouse in Delray Beach, Florida, located within the Southern District of Florida, an individual later identified as JEAN-LOUIS signed and submitted a Department of State Form 11 (DS-11), namely an Application for a United States Passport, to the Passport Acceptance Clerk. However, when JEAN-LOUIS submitted the DS-11 form he did so in the name of Todd Terrell Blanding. Together with the DS-11 form, JEAN-LOUIS submitted a Florida birth certificate and a Florida driver's license in the name of Todd Terrell Blanding. However, the defendant attached a photograph of himself to the application and used his actual home address. The Passport Acceptance Clerk stamped the DS-11 form and submitted it to the Miami Passport Agency for processing. On April 13, 2006, defendant JEAN-LOUIS was issued a U.S. Passport in the name of Todd Terrell Blanding.

4. On June 18, 2012, the actual Todd Terrell Blanding, a United States citizen, submitted a passport application at the Miami Passport Agency. During database checks, the Passport Adjudicator was alerted that a passport had already been issued to one Todd Terrell Blanding, and that individual was not the individual standing before them. Therefore, the case was referred to Diplomatic Security for further investigation.

5. On June 21, 2012, the actual Blanding, returned to the Miami Passport Agency where he was interviewed by Diplomatic Security Agents. Blanding provided several ID documents to confirm his identity. Blanding was shown a photograph of the person purporting to be him. Blanding identified the individual in the initial passport application as being "Jean Joseph," whom he had previously worked with several years ago. Blanding stated that "Jean Joseph" was from Haiti.

6. A series of records checks indicated that defendant JEAN-LOUIS once resided at the address indicated on the defendant's fraudulent passport application. A check conducted with the Florida driver's license database revealed that the driver license photograph of defendant JEAN-LOUIS matched the photograph submitted on the 2006 passport application. JEAN-LOUIS had provided a Haitian passport as proof of identity when he applied for his Florida driver's license.

7. Law enforcement database checks and information from Homeland Security revealed that defendant JEAN-LOUIS, is not a United States citizen, and while posing as Blanding, had repeatedly traveled to and from South Florida to Haiti between 2006 through 2011. On May 9, 2011, the defendant using the passport fraudulently issued in 2006 under the name Blanding, traveled from Fort Lauderdale, Florida, to Port-Au-Prince, Haiti; and, still posing as Blanding, returned to Fort Lauderdale, Florida, on May 23, 2011.

Based upon the aforementioned, I respectfully submit that probable cause exists to believe that JEAN-LOUIS, a/k/a "Todd Terrell BLANDING", has committed the offenses of False Statement in Application or Use of a United States Passport, in violation of Title 18, United States Code, Section 1542; False claim to U.S. Citizenship, in violation of Title 18 U.S. Code, Section 911; Identity theft, in violation of Title 18, U.S. Code, Section 1028; and Aggravated identity theft, in violation of Title 18, U.S. Code, Section 1028A.

AFFIANT FURTHER SAYETH NAUGHT.

_____
SPECIAL AGENT STEVEN T. POWELL
DIPLOMATIC SECURITY SERVICE

Sworn to and subscribed before
me this 5th day of December, 2012.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8477-WM

UNITED STATES OF AMERICA

vs.

WILDE JEAN-LOUIS, a/k/a
Todd Terrell BLANDING

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        KERRY S. BARON
        ASSISTANT UNITED STATES ATTORNEY
        Kerry.Baron@usdoj.gov
        Admin. No. A5500073
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel: (561) 820-8711
        Fax: (561) 820-8777